The law and the evidence being in favor of plaintiff, it is affirmed.

(45 South. 278.)

No. 16,645.

KROTZ v. LOUISIANA CONST. CO. et al. (TAYLOR, Intervener).

(Dec. 16, 1907.)

Appeal from Fourteenth Judicial District Court, Parish of Avoyelles; Gregory Horatio Couvillon, Judge.

Action by Charles W. Krotz against the Louisiana Construction Company and W. R. Taylor. Judgment for plaintiff, and defendant and intervener appeal. Affirmed.

Edward Conrad Ansley and Philip Stephens Gidiere, for appellant. T. H. Couvillon, curator ad hoc. Hubert Marion Ansley, George Montgomery, and Joseph Clifton Cappel, for appellant W. R. Taylor, intervener. Woodville & Woodville, for appellee.

BREAUX, C. J. This cause is similar to the cause decided in the same title, but with different number brought up on appeal in a separate transcript.

For reasons given in the case (No. 16,643, 45 South. 276, ante, p. 356), the judgment is reaffirmed as it was affirmed in the case numbered as just above.